UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ADAM CORDOVA,**

    **Plaintiff,**

v.                                                            Case No: 6:14-cv-2014-Orl-41TBS

**AIR FORCE FUN, LLC and ERIKA DUARTE,**

    **Defendants.**

                                                      /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Unopposed Motion for Approval of Acceptance of Offer of Judgment ("Motion to Approve," Doc. 32). Defendants made an Offer of Judgment (Doc. 29-1), offering to allow judgment in the amount of $8,000.00, plus reasonable attorney's fees and costs, to be entered in Plaintiff's favor. (Offer of J. at 1). United States Magistrate Judge Thomas B. Smith submitted a Report and Recommendation (Doc. 35), which recommends that the Motion to Approve be granted and Plaintiff's acceptance of the Offer of Judgment be approved. (R. & R. at 4). Judge Smith further recommends that Plaintiff be allowed twenty-one days to file a motion for attorney's fees and costs. (*Id.*).

After an independent *de novo* review of the record and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 35) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Unopposed Motion for Approval of Acceptance of Offer of Judgment (Doc. 32) is **GRANTED**.

3. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendants in the amount of $8,000.00.

4. Plaintiff may file a motion for attorney's fees and costs on or before **Wednesday, September 2, 2015**.

**DONE** and **ORDERED** in Orlando, Florida on August 12, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record